1  Abran E. Vigil
   Nevada Bar No. 7548
2  Matthew D. Lamb
   Nevada Bar No. 12991
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
6  lambm@ballardspahr.com

7  *Attorneys for Defendant U.S. Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS D. PARK, on behalf of and as Power of Attorney for JOSHUA RAY, an Individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>U.S. BANK NA, a Foreign Corporation; CASSAUNDRA HUTCHERSON, an Individual,<br><br>                    Defendants. | Case No.  2:13-cv-01912-GMN-PAL<br><br>**STIPULATION PERMITTING DEPOSITION OF NEVADA ASSOCIATION SERVICES, INC. AND EXTENDING DISPOSITIVE MOTIONS DEADLINE AND PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 16 & 29 and LR 6-1, 6-2, 7-1, & 26-4, plaintiff Chris D. Park, on behalf of and as Power of Attorney for Joshua Ray ("Plaintiff") and defendant U.S. Bank, successor trustee to Bank of America, N.A., as successor trustee to LaSalle Bank, N.A., as trustee for The Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1 ("U.S. Bank," and together with Plaintiff, the "Parties") stipulate as follows:

1.  The Court's scheduling order [Dkt. No. 30] currently imposes a discovery cutoff of June 30, 2015, a dispositive motions deadline of July 30, 2015, and a joint pretrial order deadline of August 28, 2015.

2.  Nevada Association Services, Inc. ("NAS") is the foreclosure agent that conducted the underlying HOA foreclosure sale in this case.

DMWEST #12454210 v2

1      3.    U.S. Bank served a subpoena duces tecum to NAS on May 29. <u>See</u> Ex. A (affidavit of service); Ex. B (subpoena). The subpoena notices a deposition of NAS for June 26 at 1:00 p.m.

    4.    On June 17, counsel for NAS notified U.S. Bank that the two individuals NAS planned to designate as its representatives under Fed. R. Civ. P. 30(b)(6) would not be available on June 26.

    5.    U.S. Bank inquired if NAS' representatives were available on June 29 or June 30, but counsel for NAS responded the earliest dates they could be available were July 6 and 7.

    6.    To accommodate NAS, and pursuant to Fed. R. Civ. P. 29, the Parties agree that U.S. Bank may hold its deposition of NAS on July 7, 2015 at 9:00 a.m.

    7.    Because holding the deposition on July 7 may prevent the Parties from meeting the current dispositive motions deadline of July 30, 2015, the Parties further agree that the dispositive motions deadline should be extended to August 31, 2015 and the joint pretrial order deadline should be extended to September 30, 2015.

    8.    Good cause exists to allow U.S. Bank to depose NAS on July 7, 2015 and to extend the dispositive motion and pretrial order deadlines. U.S. Bank served its subpoena to NAS on May 29 but did not learn until June 17 that NAS' representatives would be unavailable for the June 26 deposition date.

    9.    Pursuant to LR 26-4, the Parties provide the following information:

        a.    <u>Discovery completed</u>: U.S. Bank served its first set of interrogatories and first set of requests for production to Plaintiff on May 27, 2015. Plaintiff's responses are due June 29, 2015. U.S. Bank subpoenaed documents from NAS on May 29, 2015, which NAS produced on June 12, 2015. U.S. Bank also subpoenaed documents from the Antigua Condominiums ("Antigua") on June 9, 2015, which Antigua produced on June 19, 2015.

2

b. <u>Discovery that remains to be completed</u>: U.S. Bank has noticed a deposition of Antigua for June 26, 2015 at 9:00 a.m. and a deposition of NAS for June 26, 2015 at 1:00 p.m. As noted above, Plaintiff and U.S. Bank propose moving the deposition of NAS to July 7, 2015 at 9:00 a.m.

c. <u>Reasons why current deadlines cannot be met</u>: Pursuant to the Court's minute order [Dkt. No. 27], the current scheduling order only allows 90 days for discovery. U.S. Bank cannot take the deposition of NAS before the discovery cutoff of June 30, 2015 because the two individuals whom NAS wishes to designate as Rule 30(b)(6) representatives are not available until July 6, 2015 or July 7, 2015.

d. <u>Proposed schedule for completing discovery</u>: Pursuant to Fed. R. Civ. P. 29, the Parties agree that U.S. Bank should be allowed to depose NAS on July 7, 2015 at 9:00 a.m. Since holding the deposition on July 7 may prevent Plaintiff and U.S. Bank from meeting the current dispositive motions deadline of July 30, 2015, Plaintiff and U.S. Bank further agree that the dispositive motions deadline should be extended to August 31, 2015 and the joint pretrial order deadline should be extended to September 30, 2015.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: June 23, 2015 | Dated: June 23, 2015 |
| KANG & ASSOCIATES, PLLC | BALLARD SPAHR LLP |
| By: /s/ Erica D. Loyd<br>    Patrick W. Kang, Esq.<br>    Erica D. Loyd, Esq.<br>    6480 W. Spring Mountain Rd., Ste. 1<br>    Las Vegas, Nevada 89146 | By: /s/ Matthew D. Lamb<br>    Abran E. Vigil<br>    Matthew D. Lamb<br>    100 N. City Pkwy., Ste. 1750<br>    Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant U.S. Bank, N.A.* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2015

4

DMWEST #12454210 v2

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, a true copy of the foregoing **Stipulation Permitting Deposition of Nevada Association Services, Inc. and Extending Dispositive Motions Deadline and Pretrial Order Deadline** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

/s/ Sarah Walton
An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #12454210 v2