Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Defendant U.S. Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS D. PARK, on behalf of and as Power of Attorney for JOSHUA RAY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NA, a Foreign Corporation; CASSAUNDRA HUTCHERSON, an Individual,<br><br>Defendants. | Case No. 2:13-cv-01912-GMN-PAL<br><br>STIPULATION TO DISMISS |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 7-1, plaintiff Chris D. Park, as Power of Attorney for Joshua Ray ("Plaintiff") and defendant U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor trustee to LaSalle Bank, N.A., as trustee for The Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-backed Certificates, Series 2007-FF1 ("U.S. Bank") stipulate as follows:

1. Plaintiff and U.S. Bank have entered a confidential settlement agreement in which they have settled all claims between them in this case.

2. Defendant Cassaundra Hutcherson has not appeared in the case.

1

3. Accordingly, Plaintiff and U.S. Bank agree that the case should be dismissed with prejudice.

Dated: February 18, 2016.

KANG & ASSOCIATES

/s/ Erica D. Loyd

Patrick W. Kang, Esq.
Nevada Bar No. 10381
Erica D. Loyd, Esq.
Nevada Bar No. 10922
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146

*Attorneys for Plaintiff*

Dated: February 18, 2016.

BALLARD SPAHR LLP

/s/ Matthew D. Lamb

Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant U.S. Bank*

**ORDER**

IT IS SO ORDERED.

Dated: February  19 , 2016.

_____
UNITED STATES DISTRICT JUDGE

2

DMWEST #13869059 v1

## CERTIFICATE OF SERVICE

I certify that on February 18, 2016, a true and correct copy of the foregoing **Stipulation to Dismiss** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared in the action.

/s/ Sarah Walton
An employee of BALLARD SPAHR LLP

DMWEST #13869059 v1